**Dismiss and Opinion Filed December 8, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00388-CV

## JAMES JOHNSON AND BERNARD WARREN, Appellants
## V.
## JASQ PROPERTIES, LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-01939-E**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Kennedy
Opinion by Justice Nowell

Appellants' brief in this case is overdue. After appellants failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellants' brief to be filed by October 20, 2023. By postcard dated October 24, 2023, we informed appellants their brief was overdue and directed them to file a brief within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed their brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).



230388f.p05

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAMES JOHNSON AND
BERNARD WARREN, Appellants

No. 05-23-00388-CV          V.

JASQ PROPERTIES, LLC, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-23-01939-
E.
Opinion delivered by Justice Nowell.
Justices Miskel and Kennedy
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 8th day of December, 2023.